07-CV-05451-ORD

FILED _____ LODGED
_____ RECEIVED

SEP 13 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In the Matter of the Complaint of Martin W. Stair, as owner of a certain 2005 Sea Ray Select for Exoneration from or Limitation of Liability,

No. C07-5451 RBL

ORDER APPROVING STIPULATION FOR VALUE AND SECURITY FOR VESSEL, ISSUING INJUNCTION DIRECTING CONSOLIDATION AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS

Plaintiff Martin W. Stair having filed his complaint for exoneration from or limitation

of liability as owner of a 2005 Sea Ray Select pursuant to 46 U.S.C.A. § 30501, et seq. and

rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

Rules of Civil Procedure,

AND the complaint having stated that the 2005 Sea Ray Select is presently located in

Pierce County, Washington, within this District;

AND the complaint having stated that the value of the vessel and any pending freight

at the conclusion of its voyage on August 19, 2006 is $52,500.00 or less;

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1   AND plaintiff having deposited with the Court as security for the benefit of claimants

2   a stipulation for value and security with guarantees not less than or equal to the amount of

3   plaintiff's value in the 2005 Sea Ray Select and in the sum of $52,500.00 executed by

4   Encompass Insurance as guarantor, now

5         IT IS HEREBY ORDERED as follows:

6         1.    That plaintiff's Stipulation for Value and Encompass' guarantee, deposited by

7   plaintiff with the Court for the benefit of claimants in the sum of $52,500.00 as security for

8   the amount or value of plaintiff's interest in the vessel, is approved.

9         2.    Further prosecution of any and all actions, suits, or proceedings already

10   commenced, including the complaint brought by Analiese Jonez in the Superior Court of the

11   State of Washington, County of Pierce, Cause No. 07-2-10470-0, of any nature and

12   description whatsoever in any jurisdiction against Martin W. Stair or Jordan Stair, or against

13   the vessel described above, except in this action, to recover damage for or in respect of any

14   loss, damage, or injury caused by or relating to the incident described above, including any

15   personal injury or other damage incurred or sustained by Analiese Jonez, be and are hereby

16   restrained, stayed, and enjoined until the hearing and determination of this action.

17         3.    An order shall be issued by the Clerk of this Court to all persons asserting

18   claims arising out of, relating to, or otherwise in respect to the voyage and incident described

19   above from which plaintiff seeks exoneration from or limitation of liability and admonishing

20   such claimants to file their respective claims with the Clerk of the Court in writing and to

21   serve on plaintiff's attorneys a copy of the same on or before the _29th_ day of _Octbe.,_

22   2007 or be defaulted; and that if any claimant desires to contest plaintiff's right to exoneration

23

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  from or limitation of liability such claimant shall file and serve on plaintiff's attorneys an

2  answer to this complaint on or before the date set by this Court or be defaulted.

3      4.    The notice described above shall be published in the Tacoma News Tribune, as

4  provided by rule F of the Supplemental Rules for Certain Admiralty and Maritime claims and

5  LAR 150.  Copies of such notice shall also be mailed in accordance with rule F.

6      DATED this __13th__ day of __September__, 2007.

7

8

9      DISTRICT COURT JUDGE

10

11  Presented by:

12  FORSBERG & UMLAUF, P.S.

13  By: _____ WSBA #28099

14  Patrick G. Middleton, WSBA #12113
    John P. Hayes, WSBA #21009
    Paul S. Smith, WSBA #28099

15  Attorneys for Plaintiff Martin W. Stair
    901 Fifth Avenue, Suite 1700

16  Seattle, WA  98164
    (206) 689-8500

17  pmiddleton@forsberg-umlauf.com
    jhayes@forsberg-umlauf.com

18  psmith@forsberg-umlauf.com

19

20

21

22

23

ORDER APPROVING STIPULATION FOR VALUE AND SECURITY FOR
VESSEL, ISSUING INJUNCTION DIRECTING CONSOLIDATION AND
DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS – PAGE 3
CAUSE NO.
335439 / 657.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX