HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In the Matter of the Complaint of Martin W. Stair, as owner of a certain 2005 Sea Ray Select for Exoneration from or Limitation of Liability, | Case No. C07-5451  RBL<br><br>AMENDED ORDER DENYING BARRING ALL CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION AND DISMISSING ALL REMAINING CLAIMS |

The Order filed January 10, 2008, is amended as follows:

### IV.  Conclusion

Plaintiff Stair did not file his Complaint for Exoneration (Dkt. #1) seeking to limit his liability under Limitation of Shipowners' Liability Act, 46 U.S.C. §§ 30501-30512 within six months of the date he first received notice of a claim by the Defendants.  This Court therefore does not have subject matter jurisdiction over this action under the Act.  Plaintiff's Motion Barring All Claims (Dkt. #6) is accordingly DENIED and this action is DISMISSED from this Court.

There was a counterclaim asserted pending before this Court by claimants Faye and Thomas Jonez in their Answer to the Plaintiff's Complaint for Exoneration (Dkt. #17).  These claimants received relief when this Court entered its Order Partially Granting the Plaintiff's Motion Barring all Claims (Dkt. #20).  Additionally, the following motions now pending in this

ORDER
Page - 1

Court are DENIED as moot: Motion to Strike (Dkt. #13), and Motion for Reconsideration of this Court's Order on Motion for Extension of Time (Dkt. #21).

IT IS SO ORDERED.

Dated this 15th day of January, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE